IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: PAUL DARREL SOUCIE AND JANET RAE SOUCIE,<br><br>Debtors, | CASE NO. 4:19CV3066<br><br>BK NO. 19-40913<br><br>ORDER |

This matter is before the Court on its own motion. The parties have not submitted any filings since the notice of appeal, ECF No. 1, and Transmission of Bankruptcy Appeal Record, ECF No. 2. The Court's local rules previously stated that the Federal Rules of Bankruptcy Procedure, respecting the filing of briefs, did not apply where a party has elected to have an appeal heard by the district court.

However, in the current version of the local rules, that provision has been removed and the Court intends to follow the procedures set forth in Fed. R. Bankr. P. 8001 *et seq*. In the absence of direction to the contrary, the parties shall comply by those Rules. Specifically, from the date of this order, the parties shall file briefs within the deadlines established by Fed. R. Bankr. P. 8018. The briefs must meet the requirements of that rule, Fed. R. Bankr. P. 8014, and Fed. R. Bankr. P. 8015. Any proposed changes to the briefing schedule should be submitted by motion.

IT IS ORDERED:

1. The appellants must serve and file a brief within 30 days after the date of this Order;

2. The appellees must serve and file a brief within 30 days after service of the appellants' brief; and

3.   Unless otherwise ordered, the briefs must meet the requirements of Federal Rules of Bankruptcy Procedure.

Dated this 10th day of September, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge